UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-5690 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER REVOKING RELEASE |
| EBENEZER BLAKENEY, | ) | 18 U.S.C. §§3148(b) and 3143(A) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States moved for revocation of defendant's release, alleging three violations of the conditions of release. The defendant admitted to the violations of the conditions of release at a hearing on February 15, 2007.

Based upon all of the evidence presented at the hearings, the court finds that defendant has violated the conditions of supervision as follows:

1. Failing to submit to drug and alcohol testing by failing to call the drug line since January 30, 2007.

2. Failing to submit to drug and alcohol testing by failing to report to drug testing on February 1, 2007.

ORDER REVOKING RELEASE
18 U.S.C. §§3148(b) and 3143(A)
PAGE 1

3. Failing to report to his Department of Corrections officer since January 30, 2007 in violation of the special bond condition that he comply with all other court orders.

The court finds that there are no conditions or combination of conditions which will assure that defendant will appear and will not pose a danger to other persons, if released again; and further finds that defendant is unlikely to abide by any condition or combination of conditions set by the court. The defendant does not contest detention.

It is therefore ORDERED, that defendant's bond is REVOKED, pursuant to 18 U.S.C. §3148(b) and that:

1. Defendant shall be detained pending sentencing and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

/ / /

4. The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the U.S. Pretrial Services Officer.

DATED this 15th day of February, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

ORDER REVOKING RELEASE
18 U.S.C. §§3148(b) and 3143(A)
PAGE 3